IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARY E. SEIBER , ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 2:24-cv-02261-SHL-cgc |
| ) | |
| SHELBY COUNTY GOVERNMENT, ) | |
| SUPPORT SERVICES/ ) | |
| FLEET SERVICES DEPARTMENT, ) | |
| ) | |
| Defendant. ) | |

**DEFEENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendant, Shelby County Government, pursuant to Fed. R. Civ. P. 12(c) hereby moves the Court to grant a Judgment on the Pleadings in its favor and dismiss Plaintiff's claims with prejudice.

Judgment should be granted to Defendant because:

1. To the extent that Plaintiff attempts to raise race claims, such claims should be dismissed as they are not congnizable under the Equal Pay Act;

2. Plaintiff does not state sufficient facts to establish a claim under the Equal Pay Act;

3. Plaintiff does not state sufficient facts to establish a claim of retaliation; and

4. Plaintiff's claims against Support Services/Fleet Services Department are actually claims against Shelby County Government, and should, therefore be dismissed.

For these reasons, and those set forth in the accompanying memorandum in support of this motion, Defendant requests that the Court grant Motion for Judgment on the Pleadings in its favor in this matter, that it dismiss all of Plaintiff's claims with prejudice, and that it provide Defendant with all other relief to which it is entitled.

Respectfully submitted,

_**s/ R. Joseph Leibovich**_

R. JOSEPH LEIBOVICH (BPR #17455)
joe.leibovich@shelbycountytn.gov
PAMELA WILLIAMS KELLY (BPR #029504)
pamela.w.kelly@shelbycountytn.gov

Shelby County Attorney's Office
160 North Main, Suite 950
Memphis, Tennessee 38103
(901) 222-2100
Attorneys for Defendants, Shelby County Government, Support Services/Fleet Services Department

Certificate of Service

I certify that the foregoing is being filed via the Court's ECF system this 24th day of March, 2026, for service on all persons registered in connection with this case, including:

Linda K. Garner
40 South Main, Suite 1523
Memphis, Tennessee 38103

*s/ R. Joseph Leibovich*

3