**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MARY E. SEIBER, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2:24-cv-02261-SHL-cgc |
| SHELBY COUNTY GOVERNMENT, | ) | |
| SUPPORT SERVICES/ | ) | |
| FLEET SERVICES DEPARTMENT, | ) | |
| Defendant. | ) | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION**
**FOR EXTENSION OF TIME**

Before the Court is Plaintiff Mary E. Seiber's Unopposed Motion for Extension of Time, filed April 17, 2026. (ECF No. 27.) Seiber seeks a two-day extension of the April 21 deadline to respond to Defendant Shelby County Government's motion for judgment on the pleadings. (Id. at PageID 83.) In support, she states that her counsel is at the same time "preparing a response to summary judgment in a separate matter with these parties, and it is due on April 19." (Id.) Shelby County Government does not object to the extension. (Id.)

For good cause shown, the Motion is **GRANTED**. Seiber shall respond to the motion for judgment on the pleadings by April 23, 2026. She is cautioned, however, that no further extensions will be granted.

**IT IS SO ORDERED,** this 20th day of April, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE