**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| MARY E. SEIBER,<br>Plaintiff,<br><br>v.<br><br>SHELBY COUNTY GOVERNMENT SUPPORT SERVICES/FLEET SERVICES DEPARTMENT,<br>Defendant. | No. 2:24-cv-02261-SHL-cgc |

**ORDER FOR DEFENDANT TO SHOW CAUSE**

Before the Court is Plaintiff Mary E. Seiber's Motion for Rule 54(b) Certification, filed August 13, 2026. (ECF No. 35.) Under Local Rule 7(a)(2), a response to such a motion is due within fourteen days after service of the motion. Defendant Shelby County Government has failed to timely respond.

Accordingly, Defendant is **ORDERED** to respond to the Motion or otherwise show cause as to why the Motion should not be granted, on or before **OCTOBER 26, 2026**. Failure to do so may result in the Motion being granted.

**IT IS SO ORDERED,** this 19th day of October, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE