**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MARY E. SEIBER,<br><br>Plaintiff,<br><br>v.<br><br>SHELBY COUNTY GOVERNMENT, SUPPORT SERVICES/FLEET SERVICES DEPARTMENT,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:24-cv-02261-SHL-cgc |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff Mary E. Seiber's Complaint, (ECF No. 1), filed April 24, 2024,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Parties' Joint Stipulation of Dismissal Without Prejudice, (ECF No. 44), and under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's claims in this matter are **DISMISSED WITHOUT PREJUDICE**. The Parties shall bear their own costs.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

November 18, 2026
Date